Entered on Docket
February 14, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed February 14, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re: ARTHUR CHARLES JONES                    Case Number: 10-72755 RLE

SUSAN ELIZABETH JONES                          Chapter: 13

                                  Debtor(s).

**ORDER OF DISMISSAL**

   Debtor(s) having failed to comply with this Court's order dated, **1/19/2011**, and no objections having been filed,

THIS CASE IS HEREBY **DISMISSED.**

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

All Recipients